JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mengxiang Gao, | Case No. 2:25-cv-02869-SVW-JPR |
|       Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION |
| v. | (PURSUANT TO LOCAL RULE 41) |
| Pam Bondi et al, | |
|       Defendants. | |

On July 8, 2025, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by July 22, 2025. No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated:  August 4, 2025

_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1.